PROB 12C
(7/93)

Report Date: October 15, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 18 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ken Maynard Williams     Case Number: 2:08CR06033-001

Address of Offender:     West Richland, WA 99353

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 4/27/2009

Original Offense:    Sale or Receipt of a Stolen Motor Vehicle, 18 U.S.C. § 2313

Original Sentence:   Prison - 15 Months; TSR - 36 Months      Type of Supervision: Supervised Release

Asst. U.S. Attorney: Aine Ahmed     Date Supervision Commenced: 6/27/2010

Defense Attorney:    Timothy D. Cotterell     Date Supervision Expires: 6/26/2013

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On October 4, 2010, Ken Maynard Williams submitted a urine sample which tested positive for the use of methamphetamine. Mr. Williams admitted, in writing, to having used the drug on September 28, 2010. Mr. Williams also admitted, in writing, to having used an illegal prescription, hydrocodone, on September 29, 2010, in an attempt to self medicate the affects of the methamphetamine he had taken.

2 | **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On October 4, 2010, Ken Maynard Williams submitted counterfeit urine to the testing contractor. It was further discovered that Mr. Williams was in the possession of a prosthetic penis that was strapped onto his body and was used to submit the

Prob12C
Re: **Williams, Ken Maynard**
October 15, 2010
Page 2

        counterfeit urine. The defendant refused to submit a genuine urine sample, saying that it was going to be positive and left the facility. Mr. Williams later returned to the facility and submitted to testing as reported in violation number one.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/18/10
Date