PROB 12C
(7/93)

Report Date: April 25, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

APR 26 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ken Maynard Williams | Case Number: 2:08CR06033-001 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 4/27/2009

Original Offense: Sale or Receipt of a Stolen Motor Vehicle, 18 U.S.C. § 2313

Original Sentence: Prison - 15 Months;   Type of Supervision: Supervised Release
TSR - 36 Months

Asst. U.S. Attorney: Aine Ahmed   Date Supervision Commenced: 1/12/2011

Defense Attorney: Timothy D. Cotterell   Date Supervision Expires: 1/6/2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Kenneth Williams is considered in violation of his period of supervised release in the Eastern District of Washington by committing two counts of assault in the second degree on or prior to April 14, 2012. |
| | According to reports provided by the West Richland Police Department, the defendant allegedly contacted two individuals he was renting a home to and directed them to get out. It was reported when they took too long to get out, the defendant pulled a pistol and directed them to get out. When a request was made to get a leash for a dog, the defendant pointed the gun at the victim and started to count down from five. The victims left immediately. |
| | Later in the day officers contacted the defendant at the residence and asked to discuss the alleged incident with him. He opted not to discuss the incident and was taken into custody. A search warrant was obtained for the residence and a loaded .38 revolver, which matched the description provided by the victims, was located at the residence. |

        The defendant has been charged with two counts of assault in the second degree under Benton County Superior Court case number 12-1-00432-7.

2      **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

      **Supporting Evidence**: Kenneth Williams is considered in violation of his period of supervised release in the Eastern District of Washington by committing the offense of unlawfully possessing a firearm, or prior to, April 14, 2012.

      As noted above, the defendant was arrested by the West Richland Police Department on April 14, 2012, after allegedly threatening two individuals who were renting from him with a pistol. The defendant has also been charged with unlawfully possessing the firearm under case number 12-1-00432-7.

3      **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

      **Supporting Evidence**: Kenneth Williams is considered in violation of his period of supervised release in the Eastern District of Washington by associating with David Baker, a convicted felon, on or prior to April 14, 2012.

      One of the individuals allegedly threatened at the residence on April 14, 2012, was David Baker. The defendant had been directed not to be at the residence if Mr. Baker was there as Mr. Baker is on supervision with the Department of Corrections for a drug conviction. The defendant was clearly advised that under no circumstances was he to be at the property if Mr. Baker was there.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/25/2012

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: Williams, Ken Maynard
April 25, 2012
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

4/26/12
Date